■ In the Matter of RHINA M.M., Respondent, v SANDY M.M., Appellant. [38 NYS3d 416]—

Order, Family Court, New York County (George L. Jurow, J.H.O.), entered on or about February 2, 2016, which, after a fact-finding hearing, granted the petition and issued a two-year order of protection in favor of petitioner, unanimously affirmed, without costs.

A fair preponderance of the evidence supports the finding that respondent committed the family offenses of attempted assault in the third degree (Penal Law §§ 110.00, 120.00) and harassment in the second degree (Penal Law § 240.26) (see Family Ct Act § 832; *Matter of Marisela N. v Lacy M.S.*, 101 AD3d 425 [1st Dept 2012]). The court credited the testimony of petitioner's friend, an eyewitness, that respondent had threatened petitioner, her sister, with a knife in 2010, and referred to an email from respondent where she admitted that she threw keys at petitioner. Furthermore, petitioner's testimony, which the court also credited, demonstrated a longstanding pattern of assault and harassment by respondent arising from disputes concerning their joint ownership of a

building. Concur—Friedman, J.P., Saxe, Moskowitz, Gische and Kahn, JJ.